IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE PIZZOLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY | : | NO. 10-1109 |

ORDER

AND NOW, this ____ day of _____, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant Commissioner's Response to Plaintiff's Request for Review, Plaintiff's Reply Brief, and the documents accompanying Plaintiff's briefs, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The matter is REMANDED to the Commissioner, pursuant to sentence four and sentence six of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_____
C. DARNELL JONES, II, J.